UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-                    5:02-CR-051
                                    (LEK/RFT)

ALEXANDER SALVAGNO,
RAUL SALVAGNO,

                 Defendants.

_____

## DECISION AND ORDER

    This matter comes before the Court following a Report-Recommendation filed on July 21, 2006, by the Honorable Randolph F. Treece, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  Dkt. No. 656.

    Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," Fed. R. Civ. P. 72(b), in compliance with L.R. 72.1.  In the interval of at least fifteen days since the Magistrate Judge filed the subject Report-Recommendation, no objections to it have been raised.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

    Accordingly, it is hereby

    **ORDERED**, that the Report-Recommendation (Dkt. No. 656) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

    **ORDERED**, that the Government's Motion to Forfeit (Dkt. No. 531) is **DENIED**; and it is

further

      **ORDERED**, that the Post-Conviction, Post-Forfeiture Order (Dkt. No. 426) is **VACATED**;

and it is further

      **ORDERED**, that the Clerk serve a copy of this Order on all parties.

      **IT IS SO ORDERED**.

DATED:      August  28, 2006
               Albany, New York

                                  Lawrence E. Kahn
                                  U.S. District Judge